UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELISSA PLAISANCE AND<br>PAULA SALADINO<br><br>VERSUS<br><br>GREGORY JOHNSON, ET AL | CIVIL ACTION<br><br>NO.<br><br>SECTION |

### NOTICE OF REMOVAL

Defendants, Gregory Johnson, Charleston's Party Bus, L.L.C., d/b/a/ Elegant Knights Limo Party Bus, and National Indemnity Company of the South, remove this action from the Civil District Court for the Parish of Orleans, State of Louisiana, in which the action is pending under docket No. 2016-10462, to the United States District Court for the Eastern District of Louisiana, on the following grounds:

1.

Plaintiffs, Melissa Plaisance and Paula Saladino, filed an original petition for damages, entitled *Melissa Plaisance and Paula Saladino vs. Gregory Johnson, Charleston's Party Bus, L.L.C., d/b/a/ Elegant Knights Limo Party Bus, and National Indemnity Company of the South*, in the Civil District Court for the Parish of Orleans, State of Louisiana, on October 21, 2016, wherein it was assigned docket No. 2016-10462. A copy of all process, pleadings and orders transmitted to defendants, Gregory Johnson, Charleston's Party Bus, L.L.C., d/b/a/

Elegant Knights Limo Party Bus, and National Indemnity Company of the South, is attached hereto as Exhibit "A," as required by 28 U.S.C. §1446(a).

2.

On or about October 26, 2016, plaintiffs requested service of the original petition for damages on defendants, Gregory Johnson and Charleston's Party Bus, L.L.C., d/b/a/ Elegant Knights Limo Party Bus, pursuant to the Louisiana long-arm statute, La. R.S. 13:3204; and service on defendant, National Indemnity Company of the South, through the Louisiana Secretary of State. All defendants have been served with the original petition.

3.

On December 6, 2016, defendants, Gregory Johnson, Charleston's Party Bus, L.L.C., d/b/a/ Elegant Knights Limo Party Bus, and National Indemnity Company of the South, filed exceptions and answer to the original petition, and requested trial by jury. In addition, defendants propounded interrogatories and requests for production of documents to plaintiff, Melissa Plaisance (hereinafter "Plaisance"). On January 27, 2017, defendants received Plaisance's answers to interrogatories and responses to requests for production of documents. Copies of the answers and responses are attached hereto as Exhibit "B."

**4.**

This Notice of Removal is being filed within thirty (30) days from the date of receipt of the aforesaid initial pleadings, from which defendants, Gregory Johnson, Charleston's Party Bus, L.L.C., d/b/a/ Elegant Knights Limo Party Bus, and National Indemnity Company of the South, could first ascertain the existence of federal court subject-matter jurisdiction and that the action is one that is removable, as allowed under 28 U.S.C. §1446(b).

**5.**

The original petition that plaintiffs filed in Civil District Court for the Parish of Orleans, State of Louisiana, reflects that Plaisance allegedly "sustained serious injuries, including but not limited to her bones, ligaments, muscles, nerves, and other structures of her body" as a result of the October 25, 2015 collision that is the subject of this matter. In addition, Plaisance purportedly "experienced physical and mental pain and suffering, and has undergone surgery, extensive physical therapy, and follow-up treatments with orthopedists, neurologists, and physical therapists, resulting in extensive medical expenses and will incur significant future medical expenses, future surgeries, permanent disability, loss of enjoyment of life, loss of consortium, and other damages which may be proven at the trial on the merits." The original petition conforms with La. C.C.P. Art. 893, which prohibits the express enumeration of a dollar amount of damages. However, the discovery responses of Plaisance indicate she is demanding damages for aggravation and injury relative to a prior cervical fusion, a heart surgery, headaches, chest pain, and increased anxiety, depression and stress. Moreover, the answers allege that she is

seeking **$242,518.78** in past medical expenses attributable to the October 25, 2015 collision, and her treatment is ongoing.[1] Accordingly, the total of the general and special damages that Plaisance seeks to recover exceed $75,000.

6.

On information and belief, this court has original jurisdiction in this matter pursuant to 28 U.S.C. §1332, because the amount in controversy, for at least Plaisance, exceeds the jurisdictional threshold of $75,000, exclusive of interest and costs, and there is diversity of citizenship among the real and actual parties in interest, in that plaintiffs, Plaisance and Paula Saladino, are citizens of the State of Louisiana; whereas, defendant, Gregory Johnson, is a citizen of the State of Alabama; defendant, Charleston's Party Bus, L.L.C., d/b/a/ Elegant Knights Limo Party Bus, is a limited liability company organized under the laws of the State of South Carolina, and its sole member, Mary Taylor, is a citizen of the State of Alabama; and defendant, National Indemnity Company of the South, is a corporation that was organized and exists under the laws of the State of Florida, and maintains its principal place of business in Omaha, Nebraska.

7.

Original jurisdiction under 28 U.S.C. §1332 exists, even if the amount in controversy of the claims of plaintiff, Paula Saladino, may not exceed $75,000. Under 28 U.S.C. §1367, as recognized by *Exxon Mobil Corp. v. Allapattah Services, Inc.*, 545 U.S. 546, 125 S.Ct.

---

[1] See Exhibit "B," Answer to Interrogatory No. 23.

4

2611, 162 L.Ed.2d 502 (2005), the court is authorized to exercise supplemental jurisdiction over the claims of such plaintiffs.

**8.**

Defendants, Gregory Johnson, Charleston's Party Bus, L.L.C., d/b/a/ Elegant Knights Limo Party Bus, and National Indemnity Company of the South, have furnished prompt written notice of the notice of removal to all parties, adverse or otherwise, and have filed a notice of removal, accompanied by a copy of this notice of removal, with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, as required by 28 U.S.C. §1446(d).

**WHEREFORE**, defendants, Gregory Johnson, Charleston's Party Bus, L.L.C., d/b/a/ Elegant Knights Limo Party Bus, and National Indemnity Company of the South, remove the action commenced by plaintiffs, Melissa Plaisance and Paula Saladino, in the Civil District Court for the Parish of Orleans, State of Louisiana, under docket No. 2016-10462, to the United States District Court for the Eastern District of Louisiana, and pray that this court shall issue all necessary orders and process for the aforesaid action to proceed in this court.

          Respectfully submitted,

*/s/ John B. Esnard III*

Howard L. Murphy (La. Bar #9844)
John B. Esnard III (La. Bar #25664)
Sloan L. Abernathy (La. Bar #35398)
Barbara L. Bossetta (La. Bar #20125)
DEUTSCH KERRIGAN, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Telefax:  (504) 566-1201
E-Mail:  hmurphy@deutschkerrigan.com
        jesnard@deutschkerrigan.com
        sabernathy@deutschkerrigan.com
        bbossetta@deutschkerrigan.com
**Attorneys for Gregory Johnson, Charleston's Party Bus, L.L.C., d/b/a/ Elegant Knights Limo Party Bus, and National Indemnity Company of the South**

## CERTIFICATE OF SERVICE

I certify a copy of this pleading has been served on plaintiffs through their counsel of record, Eric J. O'Bell, Esq., O'Bell Law Firm, L.L.C., 3500 North Hullen Street, Metairie, Louisiana 70002, by e-mail, by telefacsimile, or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 6th day of February, 2017.

          */s/ John B. Esnard III*
          John B. Esnard III

6415792v1.35360.615.P07.notice of removal