EXHIBIT "A"

*16-000181197*

CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA

| | |
|---|---|
| PLAISANCE, MELISSA ET AL. | **CASE #:** 2016-10462<br>**COURT:** CIVIL<br>**COUNTY:** STATE OF LOUISIANA |
| PLAINTIFF(S) | **DFS-SOP #:** 16-000181197 |
| VS. | |
| JOHNSON, GREGORY ET AL. | |
| DEFENDANT(S) | |

CITATION, PETITION FOR DAMAGES

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on Monday, November 14, 2016 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, November 17, 2016 to the designated agent for the named entity as shown below.

NATIONAL INDEMNITY COMPANY OF THE SOUTH
J. MICHAEL GOTTSCHALK
PO BOX 31361
OMAHA NE 68131

*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080 ,

Jeff Atwater
Chief Financial Officer

ERIC J O'BELL
O'BELL LAW FIRM
3500 NORTH HULLEN STREET
METAIRIE LA 70002 United States

SSD

ATTORNEY'S NAME: OBell, Eric J 26693
AND ADDRESS: 3500 N. Hullen, Metairie, LA 70002

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2016-10462     DIVISION: G     SECTION: 11

PLAISANCE, MELISSA ET AL

Versus

JOHNSON, GREGORY ET AL

### CITATION - LONG ARM

TO: NATIONAL INDEMNITY COMPANY OF THE SOUTH

THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE: CHIEF FINANCIAL OFFICER
200 E. GAINES STREET, TALLAHASSEE, FL 32399

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 21, 2016

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by Barbara Gaude
Barbara Gaude, Deputy Clerk

RECEIVED AS STATUTORY REGISTERED AGENT on 14 November, 2016 and served on defendant or named party on 17 November, 2016 by the Florida Department of Financial Services

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___ served a copy of the within Petition for Damages ON NATIONAL INDEMNITY COMPANY OF THE SOUTH THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE: CHIEF FINANCIAL OFFICER Returned the same day No. ___ Deputy Sheriff of ___ Mileage: $ ___ / ENTERED / | On this ___ day of ___ served a copy of the within Petition for Damages ON NATIONAL INDEMNITY COMPANY OF THE SOUTH THROUGH: THE LOUISIANA LONG ARM STATUTE ITS REGISTERED AGENT FOR SERVICE: CHIEF FINANCIAL OFFICER by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said NATIONAL INDEMNITY COMPANY OF THE SOUTH being absent from the domicile at time of said service. Returned the same day No. ___ Deputy Sheriff of ___ |

| PAPER | RETURN |
|---|---|
| / | / |

SERIAL NO     DEPUTY     PARISH

ID: 9498601     Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO.: 16-10462    2016 OCT 21 P 12:45

SECTION "6" - ( )
DISTRICT COURT

MELISSA PLAISANCE and PAULA SALADINO

VERSUS

GREGORY JOHNSON, CHARLESTON'S PARTY BUS, LLC d/b/a ELEGANT KNIGHTS LIMO PARTY BUS and NATIONAL INDEMNITY COMPANY OF THE SOUTH

FILED: _____    _____
                                        DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of Melissa Plaisance and Paula Saladino, respectfully represent that:

I.

Made plaintiffs herein are:

A) Melissa Plaisance, a major and citizen of the State of Louisiana, residing in Jefferson Parish, Louisiana;

B) Paula Saladino, a major and citizen of the State of Louisiana, residing in Jefferson Parish, Louisiana;

II.

Made defendants herein are:

A) Gregory Johnson, a major and citizen of the State of Alabama, upon information and belief residing in Mobil, Alabama;

B) National Indemnity Company of the South, a foreign insurance company, authorized to do and doing business in the State of Louisiana; and

C) Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus, upon information and belief, a foreign limited liability company, with its principal place of business in Mobile, Alabama.

III.

Venue in this Court is premised on Louisiana Code of Civil Procedure Article 42(1) and Article 74, as the accident occurred in the Parish of Orleans, State of Louisiana.

IV.

On or about October 25, 2015, plaintiff, Melissa Plaisance, was driving a 2015 Chrysler 200, owned by Paula Saladino, her mother. Melissa Plaisance was traveling in the middle lane northbound on Canal Street in New Orleans, Louisiana.

V.

At the same time, defendant, Gregory Johnson, was operating a 1995 Gillig Bus owned by Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus, traveling northbound in the left lane on Canal Street in New Orleans, Louisiana.

VI.

As a result of defendant, Gregory Johnson's careless operation and failure to yield, he began merging into the middle lane and sideswiped the vehicle in which Melissa Plaisance, was operating, causing a violent collision and injuring plaintiff, Melissa Plaisance.

VII.

At all pertinent times herein, including on or about October 25, 2015, defendant National Indemnity Company of the South, had in full force and effect a policy of insurance issued to defendants, Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus and Gregory Johnson, for liabilities of the nature and kind made basis of this lawsuit and therefore National Indemnity Company of the South is liable unto plaintiff jointly, severally, and in solido with defendants, Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus and Gregory Johnson.

VIII.

As a result of the above-described incident, plaintiff, Melissa Plaisance, sustained serious injuries, including but not limited to her bones, ligaments, muscles, nerves, and other structures of her body. Melissa Plaisance experienced physical and mental pain and suffering, and has undergone surgery, extensive physical therapy, and follow-up treatment with orthopedists, neurologists, and physical therapists, resulting in extensive medical expenses and will incur significant future medical expenses, future surgeries, permanent disability, loss of enjoyment of life, loss of consortium, and other damages which may be proven at the trial on the merits.

IX.

The injuries and damages sustained by plaintiff, Melissa Plaisance, were caused by the negligent acts of omission and/or commission on the part of Gregory Johnson due to his failure to operate the automobile he was operating at proper, prudent safe manner. Mr. Johnson's fault includes, but is not limited to:

a. Failing to maintain proper control of a vehicle;

b. Failing to maintain a proper lookout;

c. Failure to yield;

d. Failing to be attentive to his surroundings;

e. Improper lane usage;

f. Failing to do any act by which to avoid the collision; and

g.  All other acts of negligence which will be shown at the trial of this matter;

all of which are in violation of the rules of the road, the dictates of common sense, and the traffic ordinances for the Parish of Orleans and/or the State of Louisiana, all of which are pleaded herein *in extenso*.

X.

As a result of the above-described incident, the vehicle owned by plaintiff, Paula Saladino, was damaged in the crash, therefore, Ms. Saladino sustained property damage in the amount of $4,199.30, in addition to diminished value and other losses associated with the damage to her vehicle. The vehicle was a 2015 Chrysler 200, which was being driven, with permission, by plaintiff, Melissa Plaisance.

XI.

The collision described above, and the injuries and damages sustained by plaintiff, Melissa Plaisance, resulting therefrom, were proximately and legally caused by the fault, including negligence, of defendant, Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus, due to the negligent entrustment of the vehicle to defendant, Gregory Johnson, and all other acts of negligence which will be shown at the trial of this matter.

XII.

Defendants, Gregory Johnson and Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus, and National Indemnity Company of the South are liable unto plaintiff's jointly, severally and in solido for the damages they sustained as a result of the accident at issue.

WHEREFORE, plaintiffs, Melissa Plaisance and Paula Saladino, pray that defendants, Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus, Gregory Johnson, and National Indemnity Company of the South, be served with a copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, there be judgment in favor of plaintiffs and against defendants in an amount of damages to be determined and found reasonable at trial, together with legal interest thereon from the date of judicial demand until paid in full, as well as all costs and disbursements of these proceedings, and all other general and equitable relief as the court may deem fit.

Respectfully Submitted,

O'BELL LAW FIRM, LLC

Eric J. O'Bell, (La. Bar No. 26693)
Bradley T. Oster (La. Bar No. 35540)
3500 North Hullen Street
Metairie, LA 70002
(504) 456-8677
(504) 456-8653 facsimile

*Attorneys for Petitioners*

PLEASE SERVE VIA LOUISIANA LONG ARM STATUTE

Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus
Via Louisiana Long Arm Statute
Through it's registered agent for service
Mary J. Taylor
321 Chin Street
Mobile, AL 36610

National Indemnity Company of the South
Via Louisiana Long Arm Statute
Through it's registered agent for service
Chief Financial Officer
200 E. Gaines Street
Tallahassee, FL 32399

Gregory Johnson
Via Louisiana Long Arm Statute
853 Pettus Street
Mobile, AL 36603

# O'BELL LAW FIRM
A LIMITED LIABILITY COMPANY
ATTORNEYS & COUNSELORS AT LAW

3500 NORTH HULLEN STREET
METAIRIE, LOUISIANA 70002
TELEPHONE: (504) 456-8677
FACSIMILE: (504) 456-8653

WRITER'S E-MAIL: EJO@OBELLLAWFIRM.COM

www.obellfirm.com

Eric J. O'Bell – Admitted in Louisiana & Pennsylvania
Kirsten E. McConnell, M.B.A. – Admitted in California
Bradley T. Oster – Admitted in Louisiana

November 8, 2016

**SENT VIA CERTIFIED MAIL**
**7012 2920 0002 2300 5779**
Ms. Jane Wesselman, CPM
Office of the General Counsel – Service of Process Section
Florida Department of Financial Services
200 East Gaines Street
Tallahassee, FL 32399

RE:   Melissa Plaisance, et al v. Gregory Johnson, et al
      Civil District Court, Parish of Orleans, 2016-10462; Division "G"

Dear Ms. Wessellman:

Enclosed please find a check made payable to Chief Financial Officer in the amount of $15.00 for the process fee in the above referenced matter. Also enclosed is the Citation and the Petition for Damages.

If you have any questions, please do not hesitate to contact my office.

With kindest regards, I am

Very truly yours,

Eric J. O'Bell/tbl

Eric J. O'Bell

EJO/tbl
Enclosures

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

2016 OCT 21 P 12: 44

DOCKET NO: 16-10462

SECTION 

MELISSA PLAISANCE and PAULA SALADINO

VERSUS

**SECTION 11**

GREGORY JOHNSON, CHARLESTON'S PARTY BUS, LLC d/b/a ELEGANT KNIGHTS LIMO PARTY BUS and NATIONAL INDEMNITY COMPANY OF THE SOUTH

FILED: _____       _____
                                     DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of Melissa Plaisance and Paula Saladino, respectfully represent that:

I.

Made plaintiffs herein are:

A) Melissa Plaisance, a major and citizen of the State of Louisiana, residing in Jefferson Parish, Louisiana;

B) Paula Saladino, a major and citizen of the State of Louisiana, residing in Jefferson Parish, Louisiana;

II.

Made defendants herein are:

A) Gregory Johnson, a major and citizen of the State of Alabama, upon information and belief residing in Mobil, Alabama;

B) National Indemnity Company of the South, a foreign insurance company, authorized to do and doing business in the State of Louisiana; and

C) Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus, upon information and belief, a foreign limited liability company, with its principal place of business in Mobile, Alabama.

III.

Venue in this Court is premised on Louisiana Code of Civil Procedure Article 42(1) and Article 74, as the accident occurred in the Parish of Orleans, State of Louisiana.

IV.

On or about October 25, 2015, plaintiff, Melissa Plaisance, was driving a 2015 Chrysler 200, owned by Paula Saladino, her mother. Melissa Plaisance was traveling in the middle lane northbound on Canal Street in New Orleans, Louisiana.

DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
NEW ORLEANS, LA 70112
504-407-0000

Receipt Date     10/21/2016 12:56:00 PM
Receipt Number   591713
Cashier          cvaughn
Register         CDCCASH1

Case Number      2016-10462

Grand Total      $514.00
Amount Received  $514.00
Balance Due      $0.00
Change Due       $0.00

Case 2016-10462       $514.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Damages | $444.50 | $444.50 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| LSC | $24.00 | $24.00 | $0.00 |
| Supreme Court- Proc | $10.00 | $10.00 | $0.00 |
| Filing Fee | | | |

VERIFIED
Barbara Gaude
Deputy Clerk    10/21/16

3-Long arm out 10/21/16

V.

At the same time, defendant, Gregory Johnson, was operating a 1995 Gillig Bus owned by Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus, traveling northbound in the left lane on Canal Street in New Orleans, Louisiana.

VI.

As a result of defendant, Gregory Johnson's careless operation and failure to yield, he began merging into the middle lane and sideswiped the vehicle in which Melissa Plaisance, was operating, causing a violent collision and injuring plaintiff, Melissa Plaisance.

VII.

At all pertinent times herein, including on or about October 25, 2015, defendant National Indemnity Company of the South, had in full force and effect a policy of insurance issued to defendants, Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus and Gregory Johnson, for liabilities of the nature and kind made basis of this lawsuit and therefore National Indemnity Company of the South is liable unto plaintiff jointly, severally, and in solido with defendants, Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus and Gregory Johnson.

VIII.

As a result of the above-described incident, plaintiff, Melissa Plaisance, sustained serious injuries, including but not limited to her bones, ligaments, muscles, nerves, and other structures of her body. Melissa Plaisance experienced physical and mental pain and suffering, and has undergone surgery, extensive physical therapy, and follow-up treatment with orthopedists, neurologists, and physical therapists, resulting in extensive medical expenses and will incur significant future medical expenses, future surgeries, permanent disability, loss of enjoyment of life, loss of consortium, and other damages which may be proven at the trial on the merits.

IX.

The injuries and damages sustained by plaintiff, Melissa Plaisance, were caused by the negligent acts of omission and/or commission on the part of Gregory Johnson due to his failure to operate the automobile he was operating at proper, prudent safe manner. Mr. Johnson's fault includes, but is not limited to:

    a.    Failing to maintain proper control of a vehicle;

    b.    Failing to maintain a proper lookout;

    c.    Failure to yield;

    d.    Failing to be attentive to his surroundings;

    e.    Improper lane usage;

    f.    Failing to do any act by which to avoid the collision; and

g.   All other acts of negligence which will be shown at the trial of this matter;

all of which are in violation of the rules of the road, the dictates of common sense, and the traffic ordinances for the Parish of Orleans and/or the State of Louisiana, all of which are pleaded herein *in extenso*.

X.

As a result of the above-described incident, the vehicle owned by plaintiff, Paula Saladino, was damaged in the crash, therefore, Ms. Saladino sustained property damage in the amount of $4,199.30, in addition to diminished value and other losses associated with the damage to her vehicle. The vehicle was a 2015 Chrysler 200, which was being driven, with permission, by plaintiff, Melissa Plaisance.

XI.

The collision described above, and the injuries and damages sustained by plaintiff, Melissa Plaisance, resulting therefrom, were proximately and legally caused by the fault, including negligence, of defendant, Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus, due to the negligent entrustment of the vehicle to defendant, Gregory Johnson, and all other acts of negligence which will be shown at the trial of this matter.

XII.

Defendants, Gregory Johnson and Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus, and National Indemnity Company of the South are liable unto plaintiffs jointly, severally and in solido for the damages they sustained as a result of the accident at issue.

WHEREFORE, plaintiffs, Melissa Plaisance and Paula Saladino, pray that defendants, Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus, Gregory Johnson, and National Indemnity Company of the South, be served with a copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, there be judgment in favor of plaintiffs and against defendants in an amount of damages to be determined and found reasonable at trial, together with legal interest thereon from the date of judicial demand until paid in full, as well as all costs and disbursements of these proceedings, and all other general and equitable relief as the court may deem fit.

Respectfully Submitted,

O'BELL LAW FIRM, LLC

_____
Eric J. O'Bell, (La. Bar No. 26693)
Bradley T. Oster (La. Bar No. 35540)
3500 North Hullen Street
Metairie, LA 70002
(504) 456-8677
(504) 456-8653 facsimile

*Attorneys for Petitioners*

## PLEASE SERVE VIA LOUISIANA LONG ARM STATUTE

Charleston's Party Bus, LLC d/b/a Elegant Knights Limo Party Bus
Via Louisiana Long Arm Statute
Through it's registered agent for service
Mary J. Taylor
321 Chin Street
Mobile, AL 36610

National Indemnity Company of the South
Via Louisiana Long Arm Statute
Through it's registered agent for service
Chief Financial Officer
200 E. Gaines Street
Tallahassee, FL 32399

Gregory Johnson
Via Louisiana Long Arm Statute
853 Pettus Street
Mobile, AL 36603