EXHIBIT "B"

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO: 2016-10462            DIVISION "G"            SECTION "11"

MELISSA PLAISANCE and PAULA SALADINO

VERSUS

GREGORY JOHNSON, CHARLESTON'S PARTY BUS, LLC d/b/a ELEGANT KNIGHTS
LIMO PARTY BUS and NATIONAL INDEMNITY COMPANY OF THE SOUTH

FILED: _____        _____
                                        DEPUTY CLERK

## PLAINTIFF'S ANSWERS TO INTERROGATORIES

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, **MELISSA PLAISANCE,** and responds to Interrogatories propounded by defendants, **GREGORY JOHNSON, CHARLESTON'S PARTY BUS, L.L.C., D/B/A ELEGANT KNIGHTS LIMO PARTY BUS, AND NATIONAL INDEMNITY COMPANY OF THE SOUTH** as follows:

### PREAMBLE

All of plaintiff's responses to discovery are based upon information presently available.  As plaintiff has not completed discovery, investigation or trial preparation, these responses are made without prejudice and plaintiff hereby reserves her right to supplement these responses.

### INTERROGATORY NO. 1:

Please list the name, last known address and telephone number of each and every individual whom you believe either saw or knows how the alleged incident happened.

### ANSWER TO INTERROGATORY NO. 1:

Plaintiff's object to the Interrogatory as premature as discovery is ongoing.  Subject to these objections, Plaintiffs respond as follows:    Melissa Ochello Plaisance, 1784 Carol Sue Avenue, Apartment 3E, Gretna, Louisiana 70056, (504) 315-0700.

Jared Rodriguez, 2633 Cedar Lawn Drive, Marrero, Louisiana 70072, (504) 419-5528 (cell) and (504) 340-1642 (home).

### INTERROGATORY NO. 2:

Please state the name, last known address and telephone number of each and every individual contacted by you, or by anyone acting on your behalf, concerning the alleged incident.

**ANSWER TO INTERROGATORY NO. 2**

Plaintiff objects to this Interrogatory as overly broad and vague. Subject to these objections, plaintiff responds as follows;

Her attorney, Eric O'Bell, 3500 North Hullen Street, Metairie, Louisiana 70002, (504) 456-8677.
State Farm as the insurer for plaintiffs;

James Fredo & Associates, Insurance Adjusters, 8733 Siegen Lane, No. 302, Baton Rouge, Louisiana 70810, (225) 778-7721.

Jonathan Grest, Attorney, 3500 North Hullen Street, Metairie, Louisiana 70002.

**INTERROGATORY NO. 3:**

Have you taken a written or recorded statement from anyone with knowledge of the alleged incident; and, if so, please state:

    a.    Name, last known address and telephone number of individual who gave the statement;

    b.    Date when the statement was given;

    c.    Was the statement written or recorded;

    d.    Name, last known address and telephone number of person who took the statement; and

    e.    Whether you will attach a copy of the statement to these answers.

**ANSWER TO INTERROGATORY NO. 3:**

    a.    National Indemnity Company of the South
           James Fredo & Associates, 8733 Siegen Lane, No. 302, Baton Rouge, Louisiana 70810, (225) 778-7721;

    b.    About one to two months after accident;

    c.    Recorded;

    d.    James Fredo, Baton Rouge, Louisiana;

    e.    Plaintiff is not in possession of the statement at this time.

**INTERROGATORY NO. 4:**

Please state the name, last known address and telephone number of each and every physician, chiropractor or other health care provider who has treated or examined you concerning any injuries you claim you sustained in the alleged incident.

**ANSWER TO INTERROGATORY NO. 4:**

Plaintiff objects as premature as plaintiff's injuries and treatments are ongoing and are best answered by reviewing plaintiff's medical records which are attached. Subject to these objections, plaintiff has been treated by the following medical providers for this accident:

East Jefferson Hospital, 4200 Houma Boulevard, Metairie, Louisiana 70006, (504) 454-4000.

West Jefferson Hospital, 1101 Medical Center Boulevard, Marrero, Louisiana 70072, (504) 347-5511.

Ochsner Hospital, 2500 Belle Chasse Highway, Gretna, Louisiana 70056, (504) 392-3131.

Rehab Access Physical Therapy, 1712 Stumpf Boulevard, Terrytown, Louisiana 70056, (504) 365-1020.

West Jefferson Physical Therapy, 175 Hector Avenue, Terrytown, Louisiana 70056, (504) 349-6259.

Dr. Lucius Craig, 985 Robert Boulevard, Suite 103, Slidell, Louisiana 70058, (985) 649-9795.

Diagnostic Imaging Services, 925 Avenue C, Marrero, Louisiana 70072, (504) 459-3200.

Pro-Fit Training, Natalie Parfait, 3806 4th Street, Harvey, Louisiana 70058; (504) 234-6243.

Dr. Joel Berry, Paradigm Health, 985 Robert Boulevard, Suite 103, Slidell, Louisiana 70458, (985) 649-9795.

Dr. Richard Texada, Jr., Paradigm Health, 985 Robert Boulevard, Slidell, Louisiana 70458, (985) 649-9795.

Dr. James McKinnie, 1111 Medical Center Boulevard, N703, Marrero, Louisiana 70072, (504) 349-4901.

Dr. Edmund Kerut, 1111 Medical Center Boulevard, N613, Marrero, Louisiana 70072, (504) 662-1796.

Dr. Samuel Ferris, 102 Meadowcrest, Suite 460, Gretna, Louisiana 70056, (504) 595-8199.

Sterling Surgical Hospital, 989 Robert Boulevard, Slidell, Louisiana 70458, (985) 690-8200.

Total Health Clinic, Dr. Nicole Cosse, 3400 Bienville Street, Suite A, New Orleans, Louisiana 70119, (504) 488-3300.

Jefferson Community Health Care System, Dr. Jeremy Dumas, 1855 Ames Boulevard, Marrero, Louisiana 70072, (504) 371-8958.

Dr. John Olson, 2920 Kingman Street, Suite 110, Metairie, Louisiana 70006, (504) 887-3142.

Dr. Narinder Gupta, 120 Terry Parkway, Terrytown, Louisiana 70056, (504) 362-7246.

Schumacher Group, Physicians Bills, 800-893-9698.

Acadian Ambulance, P. O. Box 98000, Lafayette, Louisiana 70509, 1-800-259-1111.

Dr. Nichole Guillory, Ochsner Westbank Clinic, 4225 Lapalco Blvd., Marrero, Louisiana 70072, (504) 371-9355.

## INTERROGATORY NO. 5:

Please identify each charge you have incurred from a health care provider on account of the alleged incident, including the name, address and telephone number of the health care provider who rendered the charge, the date the charge was incurred and the amount of the charge, in addition to stating whether the charge has been discounted or otherwise reduced; the amount of the discount or reduction; the name, address and telephone number of the person or entity who paid the charge; the date payment was made; and the amount of the payment made.

## ANSWER TO INTERROGATORY NO. 5:

Plaintiff objects to this interrogatory as premature, vague, overly broad, and unduly burdensome regarding time frame and are best answered by reviewing plaintiff's medical records which are attached. Subject to these objections, to the best of her recollection, plaintiff has incurred the following charges, including but not limited to:

Doctor charges

Hospital charges

Radiology charges

Ambulance charges

Plaintiff reserves the right to supplement this response as discovery is ongoing and plaintiff's damages and medical expenses are ongoing.

## INTERROGATORY NO. 6:

Please state the name, address and telephone number of each physician, chiropractor or other health care provider who has examined or treated you for the fifteen (15) year period prior to your alleged incident, state the date of each examination or treatment, and the condition or reason for which you consulted the physician, chiropractor or health care provider.

**ANSWER TO INTERROGATORY NO. 6:**

Plaintiff objects to this request as overly broad and unduly burdensome.  Subject to these objections and to the best of plaintiff's recollection, plaintiff responds as follows:

Bone and Joint Clinic, Dr. Fred Chiu, 4633 Whichers, Drive, Marrero, Louisiana 70072, (504) 347-5421.  My first appointment was on November 11, 2013, ESI on November 18, 2014, March 31, 2014, and April 29, 2014.  My last appointment was on February 5, 2015.  I consulted with Dr. Fred Chiu for neck pain and pain management.

Shane Schruff, nurse practitioner, 4633 Whichers Drive, Marrero, Louisiana 70072, (504) 347-5421.  My last appointment was on June 26, 2015.  I consulted with Shane Schruff for neck pain.

Dr. Lucius Craig, 985 Robert Boulevard, Suite 103, Slidell, Louisiana 70058, (985) 649-9795.  My first appointment was on February 5, 2016, and my last appointment was April 5, 2016.  I consulted with Dr. Lucius Craig for C-5, C-6 Fusion.

Dr. Terri Schwarz, 3500 North Causeway Boulevard, #1410, Metairie, Louisiana 70002, (504) 838-9919.  I consulted with Dr. Terri Schwarz for depression, bipolar and anxiety.

Dr. Jeremy Dumas, 1855 Ames Boulevard, Marrero, Louisiana 70072, (504) 371-8958.  Dr. Dumas is my primary care doctor.

Dr. Edmund Kerut, Ochsner Center, 1111 Medical Center Boulevard, N613, Marrero, Louisiana 70072, (504) 662-1796.  Dr. Kerut is my cardiologist.

Dr. James McKinnie, 1111 Medical Center Boulevard, N703, Marrero, Louisiana 70072 (504) 349-4901.

**INTERROGATORY NO. 7:**

Please state whether or not you had any pre-existing disease, condition, illness or injury prior to the date of the alleged incident that forms the basis of your lawsuit; and, if so, state a description of such disease, condition, illness or injury; the date such disease, condition, illness or injury originally arose; the medical treatment, if any, you received for such disease, condition, illness or injury prior to the date of the alleged incident; whether or not such disease, condition, illness or injury was aggravated by the alleged incident; and a description of the nature and extent of such aggravation.

**ANSWER TO INTERROGATORY NO. 7:**

Plaintiff objects to the request as overly broad, vague and unduly burdensome.  Plaintiff also objects as this request is best responded to by reviewing plaintiff's medical records.  Subject to these objections, plaintiff responds as follows:

Prior to the date of the accident, plaintiff underwent a Cervical Fusion, C5 – C6.

Prior to the date of the accident plaintiff had a SVT Heart Ablation. Plaintiff's fourth heart ablation was post-accident.

Illnesses and conditions aggravated by the accident are as follows:

a.      Changes in neck at fusion site and above and below fusion; changes in placement of metal at C5-C6;

b.      Elevated heart rate and blood pressure issues due to increased stress and pain, (Tacchychardia, SVT, high blood pressure and weakness in left arm;

c.      Headaches;

d.      Chest pain;

e.      N/V

f.      Increased anxiety;

g.      Increased depression; and

h.      Increased stress.

**INTERROGATORY NO. 8:**

Please state the name and address of each and every employer for whom you have worked for the past fifteen (15) years, including the inclusive dates of each period of employment, the title of the position you held, the nature of the duties you performed, the amount of compensation you received, and the basis for your termination, if applicable.

**ANSWER TO INTERROGATORY NO. 8:**

Plaintiff was employed by the following:

a.      Ochsner, 180 W. Esplanade Avenue, Kenner, Louisiana 70065, (504) 468-8600 from 2012 to 2014.

b.      Davita, 1908 Jutland Drive, Harvey, Louisiana 70058, (504) 544-6741 from 2011 to 2012.

      c.      Kenner Outpatient Surgery Center, 3705 Florida Avenue, Kenner, Louisiana 70065,

              (504) 471-3100 from 2005 to 2011.

      d.      Metropolitan Gastro Association, 1111 Medical Center Boulevard, Marrero,

              Louisiana 70072, (504) 349-6310 from 1999 to 2005

**INTERROGATORY NO. 9:**

     Since the alleged incident, have you either applied for employment or performed work for any firm, company, business and/or person?

**ANSWER TO INTERROGATORY NO. 9:**

     No.

**INTERROGATORY NO. 10:**

     If your answer to the foregoing interrogatory is in the affirmative, please state the following with respect to each such firm, company, business and/or person for whom you have worked or to whom you applied for employment:

      a.      Name;

      b.      Address;

      c.      Telephone number;

      d.      Representative who received your application for employment;

      e.      Date when you returned to work or application for employment was made;

      f.      Type of work and/or position for which you applied;

      g.      Did you undergo a pre-employment physical examination; and

      h.      Were you hired; and, if not, state the reason given to you why you were not hired.

**ANSWER TO INTERROGATORY NO. 10:**

     Plaintiff is unable to work due to injuries and medications taken for pain. Also, the constant neck and shoulder pain has limited plaintiff.

**INTERROGATORY NO. 11:**

     If you indicated you underwent a pre-employment physical examination in your answer to the last interrogatory, please state the name and address of the physician who conducted each examination, the approximate date of each examination, and the place where each examination was held.

**ANSWER TO INTERROGATORY NO. 11:**

    Not applicable.

**INTERROGATORY NO. 12:**

    Do you, or anyone acting on your behalf, possess any photographs, sketches, diagrams, drawings, videotapes, motion pictures, or other documentary representations of any of the areas, materials, appurtenances or other physical things alleged to be involved in this lawsuit; and, if so, please state:

        a.    The nature of the thing;

        b.    By whom it was prepared;

        c.    When it was prepared; and

        d.    A description of what it depicts.

**ANSWER TO INTERROGATORY NO. 12:**

        a.    Photos and video taken by plaintiff;

        b.    Melissa Plaisance;

        c.    October 25, 2015;

        d.    Photo and picture of car and bus;

**INTERROGATORY NO. 13:**

    Please state whether you have ever filed a lawsuit other than this one; and, if so, state:

        a.    The caption;

        b.    Court where suit filed and docket number;

        c.    Date of filing;

        d.    Nature of action; and

        e.    Current status.

**ANSWER TO INTERROGATORY NO. 13:**

    To the best of plaintiff's recollection, yes

        Melissa O. Plaisance v. USAA Casualty Insurance Co., Cory Ross and Glibert Ross; 740-353, 24th JDC for Parish of Jefferson. Also, Melissa O. Plaisance f/k/a Melissa O. Blanda v. Allstate Insurance Company; 730-800; 24th JDC for Parish of Jefferson.

Motor vehicle accident on November 22, 2013.  Plaintiff's car was hit in the rear. Also on September 10, 2011 accident, Plaintiff injured when riding as a guest passenger.

**INTERROGATORY NO. 14:**

Please state whether you have ever filed a worker's compensation claim or received worker's compensation benefits; and, if so, state:

  a. Date of claim;

  b. Nature of injury sustained;

  c. Description of incident causing injury; and

  d. Name and address of employer to whom claim made.

**ANSWER TO INTERROGATORY NO. 14:**

Yes.

  a. Plaintiff does not recall date claim made.

  b. Pulled muscle (right pectoralis);

  c. Plaintiff attempted to lift a patient and pulled a muscle.  Surgery was needed to repair the tear;

  d. Kenner Outpatient Surgery Center, Kenner, Louisiana.

**INTERROGATORY NO. 15:**

Please list each vehicular collision in which you have been involved over the past fifteen (15) years including the date and location of each incident, the other parties involved, as well as a description of how the collision occurred.

**ANSWER TO INTERROGATORY NO. 15:**

To the best of plaintiff's recollection, plaintiff was a passenger in a vehicle which was T-boned in Baton Rouge, Louisiana.  The accident occurred on September 10, 2011.  Plaintiff was rear ended while at a red light in Marrero, Louisiana, approximately three years ago.

On October 25, 2015, plaintiff was side swiped by a charter bus in New Orleans, Louisiana, when the bus cut into plaintiff's lane of travel.

**INTERROGATORY NO. 16:**

Please list all injuries you have sustained as a result of any other accident, regardless of how slight, over the past fifteen (15) years, including the date and place of each incident as well as a description of how the accident occurred.

**ANSWER TO INTERROGATORY NO. 16:**

Plaintiff objects to the interrogatory as overly broad, unduly burdensome and vague. Subject to these objections, o the best of her recollection, the injuries plaintiff has sustained as a result of other accidents, neck injury, back injury, weakness in left arm and tension headaches.

**INTERROGATORY NO. 17:**

Have you been arrested or convicted of any criminal offense; and, if so, state:

a.    The nature of the offense;

b.    The identity of the legal authority or agency that arrested or charged you;

c.    Date of conviction;

d.    Sentence received; and

e.    What court sentenced you and the date.

**ANSWER TO INTERROGATORY NO. 17:**

Plaintiff objects to this Interrogatory as overly broad, unduly burdensome, not reasonably calculated to lead to admissible evidence and harassing in nature.  Subject to these objections, to the best of plaintiff's recollection, yes.

a.    Misdemeanor for cyberstalking;

b.    St. Charles Parish;

c.    September 2015;

d.    St. Charles Parish Court;

**INTERROGATORY NO. 18:**

Please state the name, address and telephone number of each person, business or entity that prepared a property damage appraisal of the vehicle you were operating or occupied at the time of the alleged incident.  Please also indicate the date when the property damage appraisal took place and whether any photographs of the vehicle were taken during the course of the appraisal.  The scope of this inquiry includes the incident at issue as well as any other accident involving the same vehicle that occurred at any other time.

**ANSWER TO INTERROGATORY NO. 18:**

National Indemnity, James A. Fredo & Associates, Inc., 8733 Siegen Lane, New Orleans, Louisiana 70810, (225) 778-7721, on December 18, 2015.

Keller Body Shop, 609 Garden Road, Marrero, Louisiana 70072, on June 20, 2015.

INTERROGATORY NO. 19:

Please identify the name of your cell phone provider and your cell phone number, in addition to indicating whether you were engaged in using your cell phone at the time the alleged incident occurred.

ANSWER TO INTERROGATORY NO. 19:

Plaintiff's cell phone provider is AT&T.  Plaintifff's cell phone number is (504) 315-0700.  Plaintiff was not engaged in using her cell phone at the time of the incident.

INTERROGATORY NO. 20:

Please describe in detail how the alleged incident occurred.

ANSWER TO INTERROGATORY NO. 20:

Please see the attached police report.  Plaintiff was traveling north on Canal Street in New Orleans, Louisiana and was in the middle lane.  Plaintiff recalls it was raining.  The charter bus crossed into my lane and struck the I sounded my horn at him.

INTERROGATORY NO. 21:

Please list the name, address, telephone number and employer of each witness, whether expert or otherwise, who you will call or may call at trial.

ANSWER TO INTERROGATORY NO 21:

Plaintiff objects on the basis of prematurity as discovery is ongoing.   Subject to these objections, Jared Rodriguez, 2633 Cedar Lawn Drive, Marrero, Louisiana 70072, (504) 419-5528.

Bus driver.

Bus owner.

Natalie Parfait, Profit training.

All treating physicians of Plaintiff;

Police Officer listed on Police Report

INTERROGATORY NO. 22:

Please list all documents or other materials you plan to introduce as evidence or otherwise use as exhibits at trial.

ANSWER TO INTERROGATORY NO 22:

Plaintiff objects to this interrogatory as overly broad and unduly burdensome and premature as discovery is ongoing.  Subject to these objection, plaintiff responds as follows:

a.      Police report;

      b.     Medical records.

**INTERROGATORY NO. 23:**

Please list the nature and dollar amount of all damages you are claiming in this matter, regardless of whether these are general or special damages.

**ANSWER TO INTERROGATORY NO. 23:**

Plaintiff objects as discovery is ongoing and plaintiff's damages are ongoing. Subject to these objections, plaintiff lists the following medical expenses:

West Jefferson Medical Center, October 30, 2015, $99,876.58.

Heart Procedure, April 13, 2016, $81,137.00.

Ochsner, $24,916.50.

East Jefferson General Hospital, $4,427.55.

Acadian Ambulance, $894.15.

Schumacher Group (ER Physicians)  $14,767.00.

Dr. Gupta, $10,500.00.

Profit Training, $6,000.00.

**INTERROGATORY NO. 24:**

Please state your date of birth and Social Security number.

**ANSWER TO INTERROGATORY NO. 24:**

Plaintiff's date of birth is September 27, 1973. Plaintiff's Social Security number is xxx-xx-3403.

**INTERROGATORY NO. 25:**

Please state:

      a.     Whether you have applied or otherwise qualified for Medicare or Medicaid benefits;

      b.     The date on which you qualified for Medicare or Medicaid benefits;

      c.     Whether any medical or health care provider expenses you have incurred as a result of the alleged incident have been submitted and/or paid by Medicare or Medicaid;

      d.     The full name, address and telephone number of each physician or other health care provider who charged for such services; and

      e.     The date on which each submission was made.

**ANSWER TO INTERROGATORY NO. 25:**

      a.     Medicare Benefits;

b.    February 2015;

c.    Yes.  Medical expense paid by Medicare and Medicaid;

d.    East Jefferson Hospital, 4200 Houma Boulevard, Metairie, Louisiana 70006, (504) 454-4000;
West Jefferson Hospital, 1101 Medical Center Boulevard, Marrero, Louisiana 70072, (504) 347-5511.
Ochsner Hospital, 2500 Belle Chasse Highway, Gretna, Louisiana 70056, (504) 392-3131.
Rehab Access Physical Therapy, 1712 Stumpf Boulevard, Terrytown, Louisiana 70056, (504) 365-1020.
West Jefferson Physical Therapy, 175 Hector Avenue, Terrytown, Louisiana 70056, (504) 349-6259.
Dr. Lucius Craig, 985 Robert Boulevard, Suite 103, Slidell, Louisiana 70058, (985) 649-9795.
Diagnostic Imaging Services, 925 Avenue C, Marrero, Louisiana  70072, (504) 459-3200.
Pro-Fit Training, Natalie Parfait, 3806 4th Street, Harvey, Louisiana 70058, (504) 234-6243.
Dr. Joel Berry, Paradigm Health, 985 Robert Boulevard, Suite 103, Slidell, Louisiana 70458, (985) 649-9795.
Dr. Richard Texada, Jr., Paradigm Health, 985 Robert Boulevard, Slidell, Louisiana 70458, (985) 649-9795.
Dr. James McKinnie, 1111 Medical Center Boulevard, N703, Marrero, Louisiana  70072, (504) 349-4901.
Dr. Edmund Kerut, 1111 Medical Center Boulevard, N613, Marrero, Louisiana  70072, (504) 662-1796.
Dr. Samuel Ferris, 102 Meadowcrest, Suite 460, Gretna, Louisiana  70056, (504) 595-8199.
Sterling Surgical Hospital, 989 Robert Boulevard, Slidell, Louisiana 70458, (985) 690-8200.
Total Health Clinic, Dr. Nicole Cosse, 3400 Bienville Street, Suite A, New Orleans, Louisiana 70119, (504) 488-3300.
Jefferson Community Health Care System, Dr. Jeremy Dumas, 1855 Ames Boulevard, Marrero, Louisiana 70072, (504) 371-8958.
Dr. John Olson, 2920 Kingman Street, Suite 110, Metairie, Louisiana 70006, (504) 887-3142.
Dr. Narinder Gupta, 120 Terry Parkway, Terrytown, Louisiana 70056, (504) 362-7246.
Schumacher Group, Physicians Bills, 800-893-9698.
Acadian Ambulance, P. O. Box 98000, Lafayette, Louisiana  70509, 1-800-259-1111.

## INTERROGATORY NO. 26:

Please state:

a.    Whether you have applied or otherwise qualified for Social Security disability benefits at any time;

b.    The date on which you qualified for Social Security disability benefits;

c.    The full name, address and telephone number of each physician or health care provider who examined you in connection with your application for Social Security disability benefits; and

d.    The date on which you began receiving Social Security disability benefits and the amount of such benefits.

**ANSWER TO INTERROGATORY NO. 26:**

     a.    Social Security Disability Benefits;

     b.    February 2015 to August 3, 2015 – Retroactive.

     c.    Dr. Jeremy Dumas, 1855 Ames Boulevard, Marrero, Louisiana 70072, (504) 371-8958;

             Dr. Terri Schwarz, 3500 N. Causeway Boulevard, #1410, Metairie, Louisiana 70002

     d.    $996.00/monthly for Plaintiff and $350.00/monthly for daughter.

             Respectfully Submitted,

             O'BELL LAW FIRM, LLC

             Eric J. O'Bell, (La. Bar No. 26693)
             Bradley T. Oster (La. Bar No. 35540)
             3500 North Hullen Street
             Metairie, LA 70002
             (504) 456-8677
             (504) 456-8653 facsimile
             *Attorneys for Petitioners*

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on ~~December~~ Jan. _____27th_____, 2017.

                 ERIC J. O'BELL

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO: 2016-10462          DIVISION "G"          SECTION "11"

MELISSA PLAISANCE and PAULA SALADINO

VERSUS

GREGORY JOHNSON, CHARLESTON'S PARTY BUS, LLC d/b/a ELEGANT KNIGHTS
LIMO PARTY BUS and NATIONAL INDEMNITY COMPANY OF THE SOUTH

FILED: _____          _____
                                                    DEPUTY CLERK

## PLAINTIFF'S ANSWERS TO REQUESTS FOR PRODUCTION OF DOCUMENTS

NOW INTO COURT, through undersigned counsel, comes plaintiff, MELISSA
PLAISANCE, and responds to Requests for Production of Documents propounded by defendants,
GREGORY JOHNSON, CHARLESTON'S PARTY BUS, L.L.C., D/B/A ELEGANT
KNIGHTS LIMO PARTY BUS, AND NATIONAL INDEMNITY COMPANY OF THE
SOUTH as follows:

### PREAMBLE

All of plaintiff's responses to discovery are based upon information presently available. As
plaintiff has not completed discovery, investigation or trial preparation, these responses are made
without prejudice and plaintiff hereby reserves her right to supplement these responses.

**REQUEST NO. 1:**

All statements, whether written or recorded, taken from any person who has knowledge
of the alleged incident.

**RESPONSE TO REQUEST NO. 1:**

Plaintiff is not in possession of the requested information.

**REQUEST NO. 2:**

All reports completed regarding the alleged incident, regardless of whether they were
prepared by you or another person.

**RESPONSE TO REQUEST NO. 2:**

Plaintiff objects to this Request on the basis of prematurity as discovery is ongoing and
Plaintiff has not yet selected their exhibits. Plaintiff will comply with the disclosure of its exhibits
and expert reports as ordered by this Court.

**REQUEST NO. 3:**

Please complete and execute the attached authorization for federal income tax returns for the years 2012, 2013, 2014 and 2015.

**RESPONSE TO REQUEST NO. 3:**

Please see attached authorization.

**REQUEST NO. 4:**

Federal income tax returns for the years 2012, 2013, 2014 and 2015.

**RESPONSE TO REQUEST NO. 4:**

Objection, overly broad and unduly burdensome.   Plaintiff is not making a lost wage claim at this time.

**REQUEST NO. 5:**

All records of earning or income received from any source from 2015 and through the present.

**RESPONSE TO REQUEST NO. 5:**

Objection, overly broad and unduly burdensome.   Plaintiff is not making a lost wage claim at this time.

**REQUEST NO. 6:**

Please complete and execute the attached authorization for an "Itemized Statement of Earnings" from the Social Security Administration.

**RESPONSE TO REQUEST NO. 6:**

Please see attached authorization.

**REQUEST NO. 7:**

Please complete and execute the attached Medicare Information Notice.

**RESPONSE TO REQUEST NO. 7:**

Please see attached authorization.

**REQUEST NO. 8:**

Any and all medical, hospital, physician or chiropractor records or reports concerning examinations or treatments you have undergone for injuries allegedly arising out of the alleged incident.

**RESPONSE TO REQUEST NO. 8:**

Objection, premature as plaintiff's medical treatment is ongoing and plaintiff is not in possession of all medical records. Subject to the objection, enclosed please find plaintiff's medical records currently in possession of plaintiff.

### REQUEST NO. 9:

Any medical, hospital, physician or chiropractor invoices or bills concerning examinations or treatments you have undergone for injuries allegedly arising out of the alleged incident.

### RESPONSE TO REQUEST NO. 9:

Objection, premature as plaintiff's medical treatment and expenses are ongoing and plaintiff is not in possession of all medical records. Subject to the objection, enclose please find plaintiff's medical records and bills currently in possession of plaintiff.

### REQUEST NO. 10:

Any and all medical, hospital, physician or chiropractor records or reports concerning examinations or treatments you have undergone for injuries, illnesses or conditions for the past fifteen (15) years.

### RESPONSE TO REQUEST NO. 10:

Objection. Overly broad and unduly burdensome. Plaintiff is not in possession of these records. All available records have been produced for inspection and copying.

### REQUEST NO. 11:

Any photographs, videotapes, drawings, or other illustrations or physical depictions pertaining to the incident in suit, regardless of whether these were prepared by yourself or anyone else.

### RESPONSE TO REQUEST NO. 11:

Please see attached photographs and a video of accident which will be provided in electronic format.

### REQUEST NO. 12:

Reports of any expert who you, your attorney or someone on your behalf has consulted or retained in connection with any issue arising out of the incident in suit, regardless of whether the expert is expected to testify at trial.

### RESPONSE TO REQUEST NO. 12:

Plaintiff objects to this Request on the basis of prematurity as discovery is ongoing and Plaintiffs has not yet selected their exhibits. Plaintiffs will comply with the disclosure of its exhibits and expert reports as ordered by this Court.

**REQUEST NO. 13:**

Please produce a copy of your driver's license.

**RESPONSE TO REQUEST NO. 13:**

Objection, due to security concerns plaintiff will allow defense counsel to review her driver's license at her deposition.

**REQUEST NO. 14:**

The certificate of registration for the vehicle you occupied that was involved in the alleged incident.

**RESPONSE TO REQUEST NO. 14:**

Objection, overly broad and unduly burdensome. Plaintiff is not in possession of the requested information.

**REQUEST NO. 15:**

The title for the vehicle you occupied that was involved in the alleged incident.

**RESPONSE TO REQUEST NO. 15:**

Objection, overly broad and unduly burdensome. Plaintiff is not in possession of the requested information.

**REQUEST NO. 16:**

Any report of appraisal or inspection related to the vehicle you occupied that was involved in the alleged incident.

**RESPONSE TO REQUEST NO. 16:**

Please see the attached documents from State Farm Insurance Companies and James A. Fredo & Associates, Inc.

**REQUEST NO. 17:**

Any records related to the repair of the vehicle you occupied that was involved in the alleged incident.

**RESPONSE TO REQUEST NO. 17:**

Please see the attached statement from Keller's Body Shop.

**REQUEST NO. 18:**

Any policy of insurance issued for the vehicle you occupied that was involved in the alleged incident.

**RESPONSE TO REQUEST NO. 18:**

Plaintiff is not in possession of the requested information.

Respectfully Submitted,

O'BELL LAW FIRM, LLC

Eric J. O'Bell, (La. Bar No. 26693)
Bradley T. Oster (La. Bar No. 35540)
3500 North Hullen Street
Metairie, LA 70002
(504) 456-8677
(504) 456-8653 facsimile

*Attorneys for Petitioners*

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record by electronic filing, facsimile transmission, hand delivery, or by mailing same by United States Mail, properly addressed and first class postage prepaid, on December _27_, 2017.

ERIC J. O'BELL