UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELISSA PLAISANCE, ET AL | CIVIL ACTION |
| VERSUS | NO. 2:17-cv-01029 |
| GREGORY JOHNSON, ET AL | JUDGE FELDMAN |
| | MAGISTRATE ROBY |

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims, demands and causes of action that plaintiffs, Melissa Plaisance and Paula Saladino, have asserted against defendants, Gregory Johnson, Charleston's Party Bus, L.L.C., d/b/a/ Elegant Knights Limo Party Bus, and National Indemnity Company of the South, in the above titled and numbered action be and are hereby dismissed, with prejudice, each party to bear its own costs of court.

New Orleans, Louisiana, this 25th day of October, 2017.

_____
HONORABLE MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE